| | |
|---|---|
| 1 | Thomas M. Kerr (State Bar No. 241530) |
|   | HOLME ROBERTS & OWEN LLP |
| 2 | 560 Mission Street, 25th Floor |
|   | San Francisco, CA 94105 |
| 3 | Telephone:   (415) 268-1969 |
|   | Facsimile:   (415) 268-1999 |
| 4 | E-mail: Tom.Kerr@hro.com |
| 5 | Attorney for Plaintiffs |
| 6 | SONY BMG MUSIC |
|   | ENTERTAINMENT; ARISTA |
| 7 | RECORDS, INC.; FONOVISA, INC.; |
|   | and CAPITOL RECORDS, INC. |

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIVISION

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; FONOVISA, INC., a California corporation; and CAPITOL RECORDS, INC., a Delaware corporation,

    Plaintiffs,

vs.

JOHN DOE,

    Defendant.

CASE NO. C 06 5392

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

Upon the Motion for Administrative Relief of Plaintiffs for Leave to Take Immediate Discovery, the Declaration of Jonathan Whitehead and the exhibit thereto, and Plaintiffs' Request for Judicial Notice, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on Covad Communication Company to obtain the identity of the Doe Defendant by serving a Rule 45 subpoena that seeks information sufficient to identify the Doe Defendant, including the name, address, telephone number, e-mail address, and Media Access Control addresses for the Defendant. The disclosure of this information is ordered pursuant to 47 U.S.C. § 551(c)(2)(B).

Case No.

1    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in
2 response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting
3 Plaintiffs' rights under the Copyright Act.
4    Without such discovery, Plaintiffs cannot identify the Doe Defendant, and thus
5 cannot pursue their lawsuit to protect their copyrighted works from repetitive, rampant
6 infringement.

8 Dated: 9/26/06                    Patricia V. Trumbull
                                    United States ~~District~~ Judge
                                                Magistrate